**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ABA CARES OF FLORIDA, d/b/a
ABA CENTERS OF FLORIDA (o/b/o
Jane and John Doe Members #1-10),

Plaintiffs,

v. Case No. 25-cv-61906-AHS

PUBLIX SUPERMARKETS, INC.,

Defendant.

_______________________________________/

**AFFIDAVIT OF STEPHANY SEEKINS IN SUPPORT OF JURISDICTION PURSUANT TO COURT'S ORDER DATED MAY 22, 2026 (DKT. NO. 34)**

I, Stephany Seekins, being duly sworn, affirm as follows:

1. I am the Director of Benefits Delivery for Publix Super Markets, Inc. (incorrectly named as Publix Supermarkets, Inc.) ("Publix"). In my role, my team and I are responsible for Publix's Group Health Benefits Plan (the "Plan"). I have worked in Publix's Benefits department for approximately 25 years. Through my current and prior roles and day-to-day work, I have detailed knowledge regarding the Plan, including the Plan's history, the relevant Plan-related documents created by Publix and provided to participants, and the Plan's benefits, requirements, and procedures. Through my position, I have also gained personal knowledge of these matters.

2. I am over 18 years of age. The facts set forth in this Affidavit are based on my personal knowledge.

3. I understand that the Employee Retirement Income Security Act of 1974 ("ERISA") "governs 'employee welfare benefit plan[s],'" which it defines as "any plan, fund, or program . . . established or maintained by an employer . . . for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, . . . benefits in

the event of . . . disability." *Anderson v. UNUM Provident Corp.*, 369 F.3d 1257, 1263 (11th Cir. 2004) (quoting 29 U.S.C. § 1002(1)). I further understand that Eleventh Circuit has established five requirements for demonstrating that a plan is an employee benefit welfare plan governed by ERISA: "[A] welfare plan requires (1) a plan, fund, or program (2) established or maintained (3) by an employer . . . (4) for the purpose of providing ... benefits ... (5) to participants or their beneficiaries." *Id.*

4. The Plan is an ERISA-governed Plan because it meets each of these requirements: the Plan was established and is maintained by Publix for the purpose of providing health benefits to qualifying full and part-time Publix employees and their family members or dependents.

5. Publix sponsors and administers the Plan as a self-funded employee health benefit plan, which provides benefits for Publix employees. The Plan was established by Publix and is intended by Publix to provide health benefits to its employees on a regular and long-term basis.

6. The current operative documents that govern the Plan are: (1) the "BCBS PPO Member Handbook: A Self-Insured Employee Welfare Benefit Plan Available Under the Publix Super Markets, Inc. Group Health Benefit Plan," effective January 1, 2014 (the "Plan Document"); and (2) the Group Health Benefit Plan Summary Plan Description ("SPD"), effective January 1, 2020. The Plan Document is a handbook provided to Plan members to provide detailed information regarding the Plan's benefits, requirements, and procedures, while the SPD provides all eligible associates with a summary of key information regarding the Plan.

7. True and correct copies of those documents are attached to this affidavit as Exhibits A (Plan Document) and B (SPD). The Plan Document explicitly provides that it and the SPD together "are the legal documents governing all benefits under the Plan." Exhibit A (Plan Document) at 66.

8. The Plan Document and SPD are occasionally amended by documents titled "Summary of Material Modifications" ("SMM"), which Publix has prepared and provided to Plan members when changes or modifications are made to either governing document. Attached here as Exhibits C through J are true and correct copies the Summary of Material Modifications documents for the Plan Document from 2015 through 2020 and 2022 through 2026—each year since the current operative Plan Document was last restated in 2014—except for the year 2021, when no SMM was created and therefore none exists.

9. Publix has only amended to the current SPD twice requiring the preparation of an SMMs for 2023 and 2024. True and correct copies of the SMMs to the SPD for 2023 and 2024 are attached to this affidavit as Exhibits K and L, respectively.

10. As the Plan Document and SPD both repeatedly express, the Plan is governed by ERISA and must comply with ERISA's requirements. For example, the Plan Document's "Governing Law" section states that: "This Plan and the rights of the parties and members hereunder shall be construed in accordance with Federal laws as applicable to a welfare benefit plan under ERISA, as amended." Exhibit A (Plan Document) at 46. *See also id.* at 40 (describing benefits being provided and fiduciary obligations owed by Publix "under ERISA"); Exhibit B (SPD) at 2 ("Overview" section explaining that "[t]he Plan is an employee welfare benefit plan as defined by the Employee Retirement Income Security Act of 1974, as amended (ERISA)").

11. The Plan is a self-insured employee welfare benefit plan, and all benefits under the Plan are paid from funds contributed by (a) Publix Super Markets, Inc., (b) related entities who participate in the Plan with the consent of Publix, and (c) Plan participants that are enrolled in the Plan. Exhibit A (Plan Document) at 29; Exhibit B (SPD) at 3.

12. The Plan Document provides a "Schedule of Benefits" outlining the benefits available to eligible Publix employees. Exhibit A (Plan Document) at 2-4.

13. Publix makes benefits under the Plan available to both full-time and part-time employees, also referred to as members or associates, that meet certain specified eligibility requirements and their dependents. The specific class of beneficiaries and the eligibility requirements under the Plan are outlined in detail in the SPD. Exhibit B (SPD) at 4-11.

14. Each of the Plaintiffs in the Amended Complaint who is alleged to have received benefits from ABA Cares during the relevant time period is an eligible Publix employee or dependent of a Publix employee with coverage under the Plan.

15. The Plan Document and SPD further provide detailed information to Plan members regarding their rights and the procedures for contesting claims for benefits that have been denied, while repeatedly making clear that those rights and procedures are governed by ERISA. *See* Exhibit A (Plan Document) at 30, 32, 34; Exhibit B (SPD) at 38-42 (section titled "ERISA Rights & Plan Information").

16. Publix is also required to make annual filings of Form 5500 with the Internal Revenue Service and Department of Labor. Publix's Form 5500s are publicly-available filings which can be easily found and accessed on the Department of Labor's website.[1] The online annual filings go back to 2009.

17. Publix's two most recent Form 5500 filings for 2023 and 2024 are attached to this declaration as Exhibits M (2023 Form 5500) and N (2024 Form 5500). The deadline to file Publix's Form 5500 for 2025 is not until July 2026, and it therefore is not yet available.

---

[1] *See* U.S. Dep't of Labor, Form 5500 Search, EFAST, https://www.efast.dol.gov/5500Search/ (last visited May 27, 2026 (enter "Publix Super Markets, Inc. Group Health Benefit Plan" in "Plan Name" field).

18. Publix's Form 5500 filings expressly identify the relevant ERISA plan by name—"PUBLIX SUPER MARKETS, INC. GROUP HEALTH BENEFIT PLAN"—and list "PUBLIX SUPER MARKETS, INC." as both Plan sponsor and Plan administrator. Exhibits M and N at 1–2. The Form 5500 filings also each specifically state that the form is required to be filed for employee benefits plans, such as the Plan, governed by ERISA. *Id.*

19. Plaintiffs' Amended Complaint alleges that the earliest relevant claim for benefits by or on behalf of any Plaintiff in this litigation was related to treatment received in February 2023. Amended Complaint ¶¶ 59-60. The Plan documents attached to this Affidavit are therefore the full set of relevant documents governing health benefits under the Plan for the time period at issue. ERISA has governed and continues to govern the Plan throughout that time period.

Stephany Seekins

5/28/2026
Date

STATE OF FLORIDA

COUNTY OF Polk

Sworn to and subscribed before me by means of [X] physical presence or [_] online notarization, this 28th day of May, 2026, by Stephany Seekins.

NOTARY PUBLIC STATE OF FLORIDA
CRYSTAL C. JOHN
Commission # HH 269873
Expires September 10, 2026

Personally Known X OR Produced Identification _______

Type of Identification Produced ________________________