UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61906-CIV-SINGHAL

ABA CARES OF FLORIDA, LLC,
d/b/a ABA CENTERS OF FLORIDA
(o/b/o Jane and John Doe Members #1-10),

Plaintiff,

vs.

PUBLIX SUPER MARKETS, INC,

Defendant.
_____________________________________/

**OMNIBUS ORDER**

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (DE [16]) and a *sua sponte* review of the record.[1] The parties previously requested that the Court consolidate this case with *Publix Super Markets, Inc.. v. ABA Centers of America, LLC*, 25-62146-CIV-SINGHAL. The Court did so, but then ABA expressed concern with consolidation mooting out its pending Motion to Remand (DE [17]). The Court explained that the cases could not be consolidated if Plaintiff wished to maintain its Motion to Remand, so the Court separated the cases. Now, Plaintiff's Motion to Remand (DE [17]) has been denied. In the *Publix* action, the Court has denied in part ABA's Motion to Dismiss, and ABA's answer is due on September 28, 2026. Consolidation is now appropriate. Generally, the Court consolidates the higher case number into the lower case number, but here, the higher case number, the *Publix* action, was the first case filed in federal court prior to being transferred to this Court. The Court

[1] For clarity in this order discussing multiple cases with the same parties, the Court refers to ABA Centers of Florida and its affiliates as "ABA" and Publix Super Markets, Inc., and its affiliates as "Publix."

will consolidate this action into the *Publix* action. In light of that, and in light of the Court's partial denial of ABA's Motion to Dismiss in the *Publix* action, the Court will deny Publix's Motion to Dismiss (DE [16]) here. In the consolidated action, ABA shall file its claims as a counterclaim with its Answer.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Publix's Motion to Dismiss (DE [16]) is **DENIED.** This matter shall be consolidated into 25-62146-CIV-SINGHAL.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of September 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF